Susan D. Silveira SBN # 169630
Silveira Law Offices
2037 W. Bullard Avenue #311(mail only)
Fresno, CA 93711-1200
Phone (408) 265-3482
Fax (408) 265-7479
silveiralaw@earthlink.net

Attorney for Debtor
Richard J. Gomez

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| RICHARD J. GOMEZ | CASE NO.: 23-11094-A-13F |
| | DC No. SDS-1 |
| | Date: October 19, 2023 |
| | Time: 9:30 am |
| Debtor. | Place: 2500 Tulare St., 5th Floor |
| | Fresno, CA |

**DEBTOR'S STATUS REPORT**

The Debtor, Richard J. Gomez, by and through his attorney, Susan D. Silveira of Silveira Law Offices, provides this report per the Court's request:

The debtor has formally filed his probate petition as evidenced by the attached case information from Fresno County Superior Court.

Debtor has not made his September plan payment.

Debtor has not been in recent contact with his attorney to discuss his case.

Dated: October 12, 2023                     SILVEIRA LAW OFFICES


                                            /s/ Susan D. Silveira
                                            Attorney for Debtor

## Case Information

23CEPR01139 | Jesus Gomez (Det. Succ)

| Case Number | Court | Judicial Officer |
|---|---|---|
| 23CEPR01139 | Probate | Arax, Brian M |

| File Date | Case Type | Case Status |
|---|---|---|
| 09/28/2023 | Petition to Determine Succession | Open |

## Events and Hearings

09/28/2023 Petition to Determine Succession to Real Property

09/28/2023 Inventory and Appraisal (Final) ▼

Comment
Total Amount: $180,000.00

01/11/2024 Petition - Determine Succession ▼

Judicial Officer
Arax, Brian M

Hearing Time
9:00 AM

Comment
Petition to Determine Succession to Real Property